IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POULIKAEEVA FINE | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-165(TJW-CE) |
| | § | |
| EVERGREEN AVIATION GROUND | § | |
| LOGISTICS ENTERPRISE, INC., ET AL. | § | |

**O R D E R**

IT IS ORDERED that jury selection scheduled for Thursday, May 6, 2010, is CANCELLED and is **RESET** to **Wednesday, May 5, 2010, at 9:00 o'clock a.m.**, in the United States District Court, 100 E. Houston Street, Marshall, Texas.

All other deadlines contained in the Court's Docket Control Order, and any amendments thereto, remain the same.

SIGNED this 19th day of March, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE